1  SCOTT N. SCHOOLS (SC SBN 9990)
United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney
4
5  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
6  Fax: (415) 436-6748

7  Attorneys for Federal Defendant
United States Postal Service
8
9                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11
LYDIA PACHECO,                     )          No. C 07-3988 EDL
12                                 )
              Plaintiff,           )
13                                 )
          v.                       )          PROOF OF SERVICE
14                                 )
UNITED STATES POSTAL SERVICE,      )
15                                 )
              Defendant.           )
16 _____ )

17      The undersigned hereby certifies that she is an employee of the Office of the United

18  States Attorney for the Northern District of California and is a person of such age and discretion

19  to be competent to serve papers.  The undersigned further certifies that on August 2, 2007 she

20  caused a copy of:

21      Notice Of Removal filed August 2, 2007;

22      Order Setting Initial Case Management Conference and ADR Deadlines filed August 2,
        2007; Standing Order for Magistrate Judge Elizabeth D. Laporte; Standing Order re Case
23      Management Conference; Standing Order For All Judges of the Northern District of
        California;
24
        Notice of Assignment Of Case To A United States Magistrate Judge For Trial; Consent
25      To Proceed Before A United States Magistrate Judge; Declination to Proceed Before A
        Magistrate Judge And Request For Reassignment To A United States District Judge;
26
        ECF Registration Information Handout;
27
        Welcome To The U.S. District Court, San Francisco; and
28
Pacheco v. USPS
C 07-03988 EDL
Proof of Service                          1

1   Proof of Service

2   to be served upon the person at the place and address stated below, which is the last known

3   address:

4   **Lydia Pacheco**
    **15722 Via Represa**
5   **San Lorenzo, California 94580**

6   I declare under penalty of perjury under the laws of the United States of America that the

7   foregoing is true and correct.

8   Executed this <u>2nd</u> day of August 2007 at San Francisco, California.

9

10

11                          _____/s/_____
                            ELSIE SATO
12                          Paralegal Specialist

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pacheco v. USPS
C 07-03988 EDL
Proof of Service                    2