```
1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-6927
7
    Attorneys for Defendants
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11
    LYDIA PACHECO,                )    No. C07-3988 EDL
12                                )
             Plaintiff,            )
13                                )    EX PARTE MOTION TO EXTEND TIME
       v.                         )    TO ANSWER AND [PROPOSED] ORDER
14                                )
    UNITED STATES POSTAL SERVICE, )
15                                )
             Defendants.          )
16  _____)
```

On August 2, 2007, Defendant removed the above captioned case from the Alameda County Small Claims Court. Pursuant to Rule 81, Federal Rules of Civil Procedure, Defendant has five days to respond to the Complaint. As stated in the Declaration of Melanie L. Proctor, attached hereto, Defendant requires additional time to adequately investigate Plaintiff's claim. Accordingly, Defendant requests an extension of time to answer, from August 9, 2007 to September 10, 2007. Plaintiff has no objection to the request for an extension.

Dated: August 6, 2007                    Respectfully submitted,

                                         SCOTT N. SCHOOLS
                                         United States Attorney


                                            /S/
                                         _____
                                         MELANIE L. PROCTOR
                                         Assistant U.S. Attorney
                                         Attorneys for Defendant

DEFENDANT'S MOTION TO EXTEND
C 07-3988 EDL

**ORDER**

IT IS HEREBY ORDERED that Defendant shall have until September 10, 2007, to answer the Complaint.

Dated:

ELIZABETH D. LAPORTE
United States Magistrate Judge