SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYDIA PACHECO, ) <br> ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, ) <br> ) <br>         Defendant. ) <br> ) | No. C07-3988 EDL <br><br> DECLARATION OF MELANIE L. PROCTOR |

I, Melanie Proctor, declare and state as follows:

    1.    I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, 9th Floor, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

    2.    The United States Attorney's Office became aware of this litigation on August 1, 2007. On August 2, 2007, Defendant removed the above-captioned case from the Alameda County Superior Court.

///

///

///

///

DECLARATION OF MELANIE L. PROCTOR
C 07-3988 EDL

3.     Undersigned counsel requires additional time in order to adequately investigate the claim raised in Plaintiff's Complaint. Plaintiff has no objection to the request for an extension of time.

Signed August 6, 2007, in San Francisco, California

_____/s/_____
MELANIE L. PROCTOR