SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYDIA PACHECO, | No. C07-3988 EDL |
|     Plaintiff, | |
| v. | EX PARTE MOTION TO EXTEND TIME TO ANSWER AND [~~PROPOSED~~] ORDER |
| UNITED STATES POSTAL SERVICE, | |
|     Defendants. | |

On August 2, 2007, Defendant removed the above captioned case from the Alameda County Small Claims Court. Pursuant to Rule 81, Federal Rules of Civil Procedure, Defendant has five days to respond to the Complaint. As stated in the Declaration of Melanie L. Proctor, attached hereto, Defendant requires additional time to adequately investigate Plaintiff's claim. Accordingly, Defendant requests an extension of time to answer, from August 9, 2007 to September 10, 2007. Plaintiff has no objection to the request for an extension.

Dated: August 6, 2007                      Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                        /S/
                                        MELANIE L. PROCTOR
                                        Assistant U.S. Attorney
                                        Attorneys for Defendant

1 **ORDER**

2   IT IS HEREBY ORDERED that Defendant shall have until September 10, 2007, to answer

3 the Complaint.

4 Dated: August 8, 2007

