# CERTIFICATE OF SERVICE

**Pacheco v. USPS**
**C 07-3988 EDL**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**

to be served this date upon the party(ies) as follows:

✓ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

___ **FACSIMILE (FAX)** Telephone No.: _____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

___ **FEDERAL EXPRESS**

___ **CERTIFIED MAIL**

___ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Lydia Pacheco, Pro Se
15722 Via Represa
San Lorenzo, California 94580

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 27, 2007 at San Francisco, California.

_____/s/_____
CAROL WEXELBAUM