# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA


LYDIA PACHECO,

                Plaintiff,

  v.

US POSTAL SERVICE et al,

                Defendant.

                                /

Case Number: CV07-03988 MHP

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lydia Pacheco
15722 Via Represa
San Lorenzo, CA 94580


Dated: September 25, 2007

                        Richard W. Wieking, Clerk
                        By: Anthony Bowser, Deputy Clerk