SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LYDIA PACHECO, | ) | No. C07-3988 MHP |
| | ) | |
|     Plaintiff, | ) | RE-NOTICE OF DEFENDANT'S |
| | ) | MOTION TO DISMISS |
| v. | ) | |
| | ) | Date:         October 29, 2007 |
| UNITED STATES POSTAL SERVICE, | ) | Time:        2:00 p.m. |
| | ) | Courtroom:  E, 15th Floor |
|     Defendants. | ) | |

**RE-NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that on Tuesday, October 29, 2007, at 2:00 p.m. (not October 9, 2007, as previously noticed), or as soon thereafter as the matter may be heard, before the Hon. Marilyn H. Patel, the United States Postal Service, pursuant to Federal Rules of Civil Procedure 12(b)(1), will move the Court to dismiss this action with prejudice for lack of subject matter jurisdiction, in the United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California.

///

///

///

///

1  The Motion, which was filed on August 27, 2007, is based on this notice; the memorandum points and authorities, attached exhibit, and declaration of Gwendolyn E. Murray found at Docket. No. 8; and the pleadings on file with the Court.

Dated: September 24, 2007            Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


             /S/
MELANIE L. PROCTOR
Assistant U.S. Attorney
Attorneys for Defendant