1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12
   LYDIA PACHECO,                    )    No. C07-3988 MHP
13                                   )
                 Plaintiff,          )
14                                   )
         v.                          )    JOINT REQUEST TO BE EXEMPT FROM
15                                   )    FORMAL ADR PROCESS
   UNITED STATES POSTAL SERVICE,     )
16                                   )
                 Defendants.         )
17  _____)

18

19       Each of the undersigned certifies that he or she has read either the handbook entitled

20  "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

21  the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

22  resolution options provided by the court and private entities, and considered whether this case might

23  benefit from any of them.

24       Here, the parties agree that referral to a formal ADR process will not be beneficial because

25  this action is limited to Plaintiff's request that this Court award damages for lost mail. Defendant

26  has filed a motion to dismiss for lack of subject matter jurisdiction. Given the substance of the

27  action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings

28  and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties

RE-NOTICE OF MOTION
C 07-3988 MHP

request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: October 16, 2007                    Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney

                                            _____/s/_____
                                            MELANIE L. PROCTOR[1]
                                            Assistant United States Attorney
                                            Attorneys for Defendants

Dated: October 15, 2007                    _____/s/_____
                                            LYDIA PACHECO
                                            Pro Se

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:
                                            MARILYN H. PATEL
                                            United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

RE-NOTICE OF MOTION
C 07-3988 MHP                            2