SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LYDIA PACHECO, | ) | No. C07-3988 MHP |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | JOINT REQUEST TO BE EXEMPT FROM |
| | ) | FORMAL ADR PROCESS |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
|     Defendants. | ) | |

      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

      Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to Plaintiff's request that this Court award damages for lost mail. Defendant has filed a motion to dismiss for lack of subject matter jurisdiction. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties

request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: October 16, 2007                    Respectfully submitted,

                                                     SCOTT N. SCHOOLS
                                                   United States Attorney

                                                    _____/s/_____
                                                   MELANIE L. PROCTOR[1]
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants

Dated: October 15, 2007                    _____/s/_____
                                                   LYDIA PACHECO
                                                   Pro Se

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   10/17/2007

                                        IT IS SO ORDERED
                                        Judge Marilyn H. Patel

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

RE-NOTICE OF MOTION
C 07-3988 MHP                                    2