**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: November 5, 2007

Case No.   C 07-3988  MHP          Judge: MARILYN H. PATEL

Title: LYDIA PACHECO -v- US POSTAL SERVICE

Attorneys:  Plf: Lydia Pacheco, pro se
            Dft: Melanie Proctor

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel consent jurisdiction and reassignment back to Magistrate Elizabeth Laporte for all further proceedings, including pretrial and trial proceedings, with appeals to be taken directly to USCA;