**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYDIA PACHECO,

    Plaintiff(s),

v.

US POSTAL SERVICE,

    Defendant(s).

No. C 07-3988   MHP

**ORDER OF REASSIGNMENT**

Pursuant to all counsel having consented to a trial by a Magistrate Judge, this matter is hereby reassigned to Magistrate Judge Elizabeth Laporte for all further proceedings, including all pretrial and trial proceedings, and the entry of final judgment. Appeals from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. The current scheduled dates shall be maintained except as modified or rescheduled in accordance with instructions by the reassigned Magistrate Judge.

Dated: November 6, 2007

MARILYN HALL PATEL
United States District Judge