1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LYDIA PACHECO, | ) | No. C07-3988 EDL |
| | ) | |
| Plaintiff, | ) | RE-NOTICE OF DEFENDANT'S |
| | ) | MOTION TO DISMISS |
| v. | ) | |
| | ) | Date:      January 30, 2008 |
| UNITED STATES POSTAL SERVICE, | ) | Time:      2:00 p.m. |
| | ) | Courtroom: E, 15th Floor |
| Defendants. | ) | |
| | ) | |

**RE-NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that on Wednesday, January 30, 2008 at 2:00 p.m., or as soon thereafter as the matter may be heard, before the Hon. Elizabeth D. Laporte, the United States Postal Service, pursuant to Federal Rules of Civil Procedure 12(b)(1), will move the Court to dismiss this action with prejudice for lack of subject matter jurisdiction, in the United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California. Plaintiff's opposition to the motion will be due on January 9, 2008, 21 days prior to the hearing date. Defendant's reply will be due on January 16, 2008, 14 days prior to the hearing date.

///

///

///

RE-NOTICE OF MOTION
C 07-3988 EDL

1 | The Motion, which was filed on December 13, 2007, is based on this notice; the memorandum points and authorities, attached exhibit, and declaration of Gwendolyn E. Murray, and the pleadings on file with the Court.

Dated: December 21, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


         /S/
MELANIE L. PROCTOR
Assistant U.S. Attorney
Attorneys for Defendant