United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYDIA PACHECO

    Plaintiff,

v.

US POSTAL SERVICE

    Defendant.
_____/

No. C 07-03988 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant's Motion to Dismiss scheduled for January 30, 2008 at 2:00 p.m. before Magistrate Judge Laporte has been taken off calendar. The Court finds the matter suitable for decision without oral argument.

Dated: January 23, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy