UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA PACHECO,<br><br>        Plaintiff,<br><br>  v.<br><br>US POSTAL SERVICE et al,<br><br>        Defendant.<br>_____/ | Case Number: CV07-03988 EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lydia Pacheco
15722 Via Represa
San Lorenzo, CA 94580

Dated: January 30, 2008

                                          Richard W. Wieking, Clerk
                                          By: Lili M. Harrell, Deputy Clerk