IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA PACHECO, | No. C-07-03988 EDL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| US POSTAL SERVICE, | |
| Defendant. | |

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of January 29, 2008, Defendants' Motion to Dismiss is GRANTED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: January 29, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge